CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Teresa Allen, SBN 264865
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CATHY L. ARIAS (SBN: 141989)
carias@burnhambrown.com
EUGENE SOK LEE
elee@burnhambrown.com
BURNHAM BROWN
A Professional Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Attorneys for Defendants
Richard S. Louie, Nancy S. Louie and Fawaz Alriashi

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD S. LOUIE, in his individual and representative capacity as trustee; NANCY S. LOUIE, in her individual and representative capacity as trustee; FAWAZ ALRIASHI; and Does 1-10, <br><br> Defendants. | Case: 3:16-CV-06384-SI <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

*GRANTED*
*Judge Susan Illston*

1

Joint Stipulation for Dismissal                Case: 3:16-CV-06384-SI

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 4, 2017         CENTER FOR DISABILITY ACCESS

                                By: _/s/ Phyl Grace_____
                                    Phyl Grace
                                    Attorneys for Plaintiff

Dated: October 4, 2017         BURNHAM BROWN

                                By: _/s/ Cathy L. Arias_____
                                    Cathy L. Arias
                                    Eugene Sok Lee
                                    Attorneys for Defendants
                                    Richard S. Louie, Nancy S. Louie
                                    and Fawaz Alriashi

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Eugene Sok Lee, counsel for Richard S. Louie, Nancy S. Louie and Fawaz Alriashi, and that I have obtained Mr. Lee's authorization to affix his electronic signature to this document.

Dated: October 4, 2017    CENTER FOR DISABILITY ACCESS

By: _/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

# PROOF OF SERVICE

### ARROYO V. LOUIE
### 3:16-CV-06384-SI

I, the undersigned, am over the age of eighteen years and I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On October 4, 2017 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

Addressed to:

> Cathy L. Arias, Aimee Hamoy, and Eugene Lee
> BURNHAM BROWN
> A Professional Law Corporation
> P.O. Box 119
> Oakland, California 94604

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Golden State Overnight drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☒ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the above recipients.

Executed on October 4, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Noemie Ong

PROOF OF SERVICE